UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 27  9 28 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ALAN RICHARDSON and )
WILLIAM SALISBURY, on behalf of )
themselves and on behalf of the other )
similarly situated former non-union )
employees of Defendant, )
)
    Plaintiffs, ) CIVIL ACTION NO. 303 CV 0891 JBA
)
v. )
)
DELTA INDUSTRIES, INC. )
)
    Defendant. )

**ORDER**
**(1) PRELIMINARILY APPROVING STIPULATION OF SETTLEMENT;**
**(2) CERTIFYING A TEMPORARY CLASS FOR PURPOSES OF SETTLEMENT;**
**AND (3) APPROVING FORM AND MANNER OF NOTICE TO CLASS OF THE**
**STIPULATION OF SETTLEMENT**

The Court has considered the Joint Motion for Order (1) Preliminarily Approving the Stipulation of Settlement; (2) Certifying a Temporary Class for Purpose of Settlement; and (3) Approving Form and Manner of Notice to Class of the Stipulation of Settlement. After reviewing these documents and being fully advised, the Court finds that:

    A.    The Stipulation of Settlement should be preliminarily approved.

    B.    Individual notice to all WARN Class Members (as defined and identified in the Stipulation of Settlement) by first-class mail, postage prepaid, at their last known address as indicated in the Delta's records is the best practicable notice under the circumstances and complies with the requirements of Rule 23(c)(2) and (e) of the Federal Rules of Civil Procedure. No other notice need be given.

1

C. The contents of the Proposed Notice meet the requirements of Rule 23 of the Federal Rules of Civil Procedure. The proposed *Notice to All Employees of Delta Industries, Inc, who were terminated on April 1, 2002* (the "**Notice**"), is a neutral and comprehensive document that fairly apprises the WARN Class Members of (i) the pendency of the class action, (ii) the substance of the litigation, (iii) the areas of dispute and reasons for compromising the claims, (iv) their ability and the effects of their choice to opt out of the class, and (v) the terms of the proposed settlement. The Notice also provides WARN Class members with an opportunity to obtain any necessary further information, and apprises them of the objections deadline and the date of the hearing for this Court's final approval of the settlement.

D. Based on the range of possible outcomes of the litigation, the proposed settlement is reasonable and cost-effective, and preliminary approval of the settlement is warranted.

E. Other good and sufficient cause exists for granting the relief requested in the Joint Motion.

**THEREFORE, IT IS HEREBY ORDERED THAT**:

1. The Joint Motion is GRANTED.

2. A temporary class consisting of the individuals listed on Exhibit A to the Stipulation of Settlement is certified for purposes of settlement.

3. The law firm of Lankenau & Miller, LLP is appointed as Class Counsel for purposes of settlement.

4. The Stipulation of Settlement is preliminarily approved.

5. The Court shall conduct a hearing for final consideration and approval of the proposed Stipulation of Settlement on  12/22/03  , 2003 at 11:00 a.m. Objections or

other responses to the proposed settlement are to be filed with the Court and counsel to the parties no later than fourteen (14) days before the hearing, i.e., by 12/8/03 ~~,2003~~.

6. WARN Class Members (if any) who wish to opt out of the Class shall file a notice of their election to opt out on or prior to 12/8/03, ~~2003~~.

7. The form of the Notice and the service of the Notice by First Class Mail, postage prepaid, to each WARN Class Member at his or her last known address as reflected in the Delta's records, are hereby approved as the best notice practicable under the circumstances.

8. The Notice shall be deemed timely served on WARN Class Members if mailed to WARN Class Members at least 30 days prior to the scheduled hearing on final approval of the proposed settlement.

DATED: 24 October, 2003

_____
Janet Bond Arterton, U.S.D.J.

N:\TOOKER\ORDERS\Order Preliminarily Approving the Settlement.DOC

3