UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT   *FILED*

*Nov 14  1 54 PM '03*

*U.S. DISTRICT COURT*
*NEW HAVEN, CONN.*

| | |
|---|---|
| ALAN RICHARDSON and ) | |
| WILLIAM SALISBURY, on behalf of ) | |
| themselves and on behalf of the other ) | |
| similarly situated former non-union ) | CIVIL ACTION NO. 303 CV 0891 JBA |
| employees of Defendant, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DELTA INDUSTRIES, INC. ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF SERVICE OF NOTICE OF PROPOSED SETTLEMENT

STATE OF NEW YORK      )
                                          ) ss:
COUNTY OF NEW YORK   )

      Sina Choi, being duly sworn, deposes and says:

      1.     I am not a party to this action, am over 18 years of age and am employed by Lankenau & Miller, LLP, 1775 Broadway, Suite 610, New York, New York 10019.

      2.     On 4th day of November, 2003, I mailed first class mail, postage pre-paid, a true copy of the Notice of Proposed Settlement to the persons listed on the list annexed hereto as Exhibit "A" addressed to them at the address shown on that list.

      3.     A copy of the Notice is annexed hereto as Exhibit "B".

_____
SINA CHOI

Sworn to before me the
12th day of November, 2003


Notary Public

GAIL C. LIN
**Notary Public,** State of New York
No. 02LI6066004
**Qualified in** New York County
**Commission** Expires Nov. 5, 2005

200086.1/90296

2

## CERTIFICATE OF SERVICE

I hereby certify that counsel for the opposing party was served this day with a copy of the foregoing by depositing a copy of same in the United States mail in an envelope properly addressed to the following, with adequate postage thereon to ensure proper delivery:

John S. Monical, Esq.
Lawrence Kamin Saunders & Uhlenhop, L.L.C.
208 S. LaSalle, Suite 1750
Chicago, Illinois 60604

This 12th day of November, 2003

SINA CHOI

200086.1/90296

3

EXHIBIT A

| | | |
|---|---|---|
| George R Adams<br>22 Sweetbrier Road<br>East Granby, CT 06026 | Angel Agron<br>22 Elliott Street<br>Hartford, CT 06106 | Stephen Bell<br>139 Springdale Road<br>Westfield, MA 01085 |
| John Beltrandi<br>43 Cornell Drive<br>Enfield, CT 06082 | Michael Beninato<br>2 Leonard Road<br>Enfield, CT 06082 | Richard Berozsky<br>20 Edward Street<br>Enfield, CT 06082 |
| Karl Buckingham<br>7 Deerfield Circle<br>Enfield, CT 06082 | Paul E Chouinard<br>4 Woodlawn Street<br>Enfield, CT 06082 | Jeanne M. Curtis<br>240 School Hill Road<br>Goshen, CT 06756 |
| Daniel Dube<br>58 Glenham Street<br>Springfield, MA 01104 | William Ezold<br>368 Elm Street<br>Enfield, CT 06082 | Janusz Fiuk<br>44 Pond Place<br>Middletown, CT 06457 |
| Robert Gatzen<br>361 Stone Road<br>Windsor, CT 06095 | Desmond George<br>68 Goff Road<br>Wethersfield, CT 06109 | Boris Gerzon<br>126 Wheelmeadow Dr.<br>Longmeadow, MA 01106 |
| Steve Harris<br>236 Sunrise Terrace<br>Springfield, MA 01119 | Jeffrey Heinig<br>51 Kickapoo Road<br>Middlefield, CT 06455 | Steven Hixson<br>36 Garden Street<br>East Hartford, CT 06108 |
| Jill Jones<br>27 Garfield Street<br>Springfield, MA 01108 | Teresa Keefe<br>45 Daro Drive<br>Enfield, CT 06082 | James Kohler<br>17 South View Street<br>Enfield, CT 06082 |
| Andrew Krzykowski<br>53 Rutherford Street<br>New Britain, CT 06051 | Stephen Krzykowski<br>195 Hoffman Street<br>Torrington, CT 06790 | Todd LaCosse<br>18 Corcoran Blvd.<br>Springfield, MA 01118 |
| Jeffrey Lamothe<br>146 Redland<br>East Springfield, MA 01104 | Jack W. Latham<br>166 Bunce Road<br>Wethersfield, CT 06109 | Clovis Levesque<br>33 Yale Drive<br>Enfield, CT 06082 |
| Gregory Lucas<br>55 Gardens Drive<br>Enfield, CT 06082 | Serge Lukomsky<br>180 Prospect Street<br>Westfield, MA 01085 | James Lyon<br>154 South Main St.<br>East Granby, CT 06026 |

| | | |
|---|---|---|
| Roman Machaj<br>77 Foxcroft Road<br>Springfield, MA 01119 | Andrew Madore<br>220 Monce Road, Unit #16<br>Burlington, CT 06013 | Karen Martier<br>45 Saw Mill Hill Rd.<br>Sterling, CT 06377 |
| Vincent Mastriani<br>P.O. Box 164<br>Palmer, MA 01069 | Jason McKenzie<br>18 Cottage Grove Circle<br>Bloomfield, CT 06002 | Rafal Moryl<br>37 Alison Lane<br>Wethersfield, CT 06109 |
| Jeffrey Nerine<br>110 Willington Hill Road<br>Mansfield, CT 06268 | Dat Nguyen<br>86 White Avenue<br>West Hartford, CT 06119 | John Nolan Jr.<br>35 Donna Street<br>Enfield, CT 06082 |
| Luis Oliva<br>400 North Main St., #8<br>Manchester, CT 06040 | Donald R. Osowiecki<br>330 South Stone St.<br>West Suffield, CT 06093 | Gary Owens<br>346 Garibaldi Avenue<br>Stratford, CT 06615 |
| Michael Parnagian<br>204 Springfield St., Apt. E<br>Chicopee, MA 01013 | Scott Patterson<br>35 Burlington Street, Apt. E<br>Hartford, CT 06112 | Hai Phan<br>261 Newington Road<br>West Hartford, CT 06110 |
| Ho Phan<br>216 Abbotsford Ave.<br>West Hartford, CT 06110 | Robert Piziak<br>15 Cooper Circle<br>Windsor, CT 06095 | Antonio Ramos<br>25 Mountain View Road<br>Southington, CT 06489 |
| Alan Richardson<br>76 Pheasant Run Circle<br>Feeding Hills, MA 01030 | David Rothwell<br>375 Osgood Avenue<br>New Britain, CT 06053 | William J Salisbury<br>73 Main Street, P. O. Box 403<br>Somersville, CT 06072 |
| James Sanders<br>92 Cinarron Road<br>Middletown, CT 06457 | Saad Shabazz<br>1 Woodbridge Court<br>Simsbury, CT 06070 | Stanislaw Sobolewski<br>9A Riverview Drive<br>East Windsor, CT 06088 |
| Daniel St. Germain<br>42 Burdette Street<br>Springfield, MA 01108 | Edward Strzepek<br>15 Pearl Street Ext<br>Enfield, CT 06082 | Wayne Taylor<br>1018 North Worthy St.<br>Windsor, CT 06095 |
| Todd Tomasauckas<br>183 Pleasant Street<br>Easthampton, MA 01027 | Tony Vo<br>70 Humbert Street<br>Springfield, MA 01109 | Nguyen Vu<br>639 Tolland Street<br>East Hartford, CT 06108 |

James Watts
32 East Raymond St.
Hartford, CT 06112

EXHIBIT B

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALAN RICHARDSON and<br>WILLIAM SALISBURY, on behalf of<br>themselves and on behalf of the other<br>similarly situated former non-union<br>employees of Defendant, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) CIVIL ACTION NO. 303 CV 0891 JBA<br>) |
| v. | )<br>) |
| DELTA INDUSTRIES, INC. | )<br>) |
| Defendant. | )<br>) |

### NOTICE TO ALL NON-UNION EMPLOYEES OF
### DELTA INDUSTRIES, INC.
### <u>WHO WERE TERMINATED ON APRIL 1, 2002</u>

**PLEASE TAKE NOTICE** that the captioned litigation is currently pending in the United States District Court for the District of Connecticut.

**PLEASE TAKE FURTHER NOTICE** the parties to the captioned litigation have reached a proposed settlement under which benefits will be provided to WARN Class Members (as identified below). The Court has approved and authorized publication of this Notice.

### DESCRIPTION OF CLASS

1.      As referred to hereafter in this Notice, **WARN Class Members** are those former Delta employees who were employed at Delta's facilities at 39 Bradley Park Road, East Granby, Connecticut, and who were terminated without cause by Delta as part of a mass layoff ordered by Delta on or about April 1, 2002. The 58 WARN Class Members are listed on the attached Schedule A.

### DESCRIPTION OF THE LITIGATION

2.      The complaint which initiated the captioned litigation alleges that each of the WARN Class Members is entitled to pay and benefits under the Worker Adjustment and Retraining Notification Act, 29 U.S.C. §§ 2101-2109 (2001) (the "**WARN Act**").

3.      Counsel to Delta and the WARN Class Members disagree as to whether Delta has any liability under the WARN Act. Based on statutory exceptions to liability under the WARN

1

Act, Delta has asserted, among other things, that under the "unforeseen business circumstances" exception, Delta has no liability under the WARN Act. Delta further asserts that Delta's severance payments to WARN Class Members met or exceeded its obligation (if any) under the WARN Act. The Named Claimants dispute Delta's position.

4.    The Court has temporarily certified the captioned litigation as a class action for purposes of settlement and has approved this notice.

5.    All WARN Class Members who opt out of the Class are precluded from receiving benefits under the proposed settlement described herein.

## COUNSEL FOR PLAINTIFFS AND DEFENDANT

6.    The Court appointed Lankenau & Miller, LLP as Class Counsel for purposes of this proposed settlement.    For purpose of this proposed settlement, all inquiries or correspondence from or concerning WARN Class Members should be directed to Stuart J. Miller, Esq., of the law firm of Lankenau & Miller, LLP, 1775 Broadway, Suite 610, New York, New York, 10019, (212) 581-5005.

7.    Defendant's counsel is John S. Monical, Esq. and Raymond E. Saunders, Esq., of the law firm of Lawrencek, Kamin, Saunders & Uhlenhop, L.L.C, 208 South LaSalle Street, Suite 1750, Chicago, Illinois 60604, (312)372-1947.

## THE PROPOSED SETTLEMENT

8.    The following description of the proposed Stipulation of Settlement, which has been preliminarily approved by the Court, is only a summary. You may request a copy of the complete Stipulation of Settlement from Class Counsel (Attorney Miller) at the address shown in Paragraph 6 above. (The following discussion is only a summary of the Stipulation of Settlement, and if there is any discrepancy between this summary and the Stipulation of Settlement, the terms of the Stipulation of Settlement are controlling.)

Class Certification. Delta will support the certification of the WARN Class Members as a class with respect to their WARN Act claims for the purpose of settlement and will support certification of the Named Plaintiffs as representatives of the class.

Payments to the WARN Class Members and to Class Counsel. Each WARN Class Member who does not opt out of the Class will receive a payment of Seven Hundred and Fifty Dollars ($750.00). Each Named Claimant shall receive from Delta an additional One Thousand Dollars ($1,000.00) as compensation for representing the Class. Payment to the Class and Class Counsel shall be made within 15 days of entry of a final order approving this Settlement. Each WARN Class Member's $750.00 payment shall be reduced by one-third (1/3), which will be paid directly to Class Counsel as attorneys' fees.

2

<u>Releases</u>.  The WARN Class Members will release, acquit, cancel, waive and discharge Delta, together with all of its officers, employees, directors, attorneys, accountants, and other agents, from any and all future claims, obligations, and causes of action, of any type, including, but not limited to, those asserted in the captioned litigation.

<u>Conditions to Consummation</u>.  The Stipulation of Settlement will not become effective until a Court Order is received from the United States District Court for the District of Connecticut approving such agreement.  See paragraph 10 below for information about the approval.

## RELEASE OF DEFENDANTS

9.      Upon final approval by the Court, the Stipulation of Settlement will result in the dismissal of the litigation, on the merits and with prejudice to all WARN Class Members, and shall constitute a release by each and every WARN Class Member of all claims which have been or might have been asserted by any WARN Class Member against Delta.

10.     Approval of the Stipulation of Settlement will bar and permanently enjoin all Class Members from prosecuting, commencing, or continuing any claims, whether in this Court or any other jurisdiction, and any individual or class WARN Act Claims which have been or might have been asserted.

## YOUR OPTION TO NOT PARTICIPATE

11.     **On December 22, 2003, at 11:00 a.m., the court shall conduct a hearing to consider final approval of the Stipulation of Settlement.  If you wish to elect to opt out of the proposed class or to object to the proposed settlement, you may do so by filing a notice of your election or objection with the Court no later than 14 days before the hearing, i.e., by December 8, 2003.  Should you wish to opt out of the class or object, you should also send notice to the following addresses:**

Lawrence, Kamin, Saunders            Lankenau & Miller, LLP
 & Uhlenhop, L.L.C.                  Attn:  Stuart J. Miller
208 S. LaSalle St., Suite 1750       1775 Broadway, Suite 610
Chicago, IL  60604                   New York, NY  10019

**If you do not opt out of the proposed class, any judgment or order of the Court incorporating the proposed Stipulation of Settlement—whether favorable to you or not—will be binding upon you.**

**Any notice of election or objection not filed by 4:00 p.m. Eastern Time on December 8, 2003 will not be considered by the Court.  Further, any objection filed by a WARN Class Member will be construed as an election to opt out of the proposed class.**

3

## MAILING AND FUTURE NOTICES

**12.**    If the Stipulation of Settlement is approved, notice of such approval will be provided to each WARN Class Member by Class Counsel or as otherwise ordered by the Court.

## OTHER INFORMATION

**13.**    The issuance of this Notice does not indicate, and is not intended to indicate, that the Court has or has expressed any opinion as to the respective claims or defenses asserted by the parties in the litigation.

**14.**    You may obtain copies of all pleadings to be filed in connection with the Stipulation of Settlement, as well as a copy of the Stipulation of Settlement itself, at no cost to you. Requests for more information should be sent by first-class mail to Attorney Miller's attention as Class Counsel, at the address indicated in Paragraph 6 above. Please do not write to or call the Court or Defendant's counsel concerning this matter.

200086.1/89762

4

## SCHEDULE A
## TO NOTICE TO ALL NON-UNION EMPLOYEES OF
## DELTA INDUSTRIES, INC. WHO WERE TERMINATED ON APRIL 1, 2002

### WARN Class Members

| Last Name | First Name | Address 1 | Address 2 | City | State | Zip |
|-----------|-----------|-----------|-----------|------|-------|-----|
| Adams | George R | 22 Sweetbrier Road | | East Granby | CT | 06026 |
| Agron | Angel | 22 Elliott Street | | Hartford | CT | 06106 |
| Bell | Stephen | 139 Springdale Road | | Westfield | MA | 01085 |
| Beltrandi | John | 43 Cornell Drive | | Enfield | CT | 06082 |
| Beninato | Michael | 2 Leonard Road | | Enfield | CT | 06082 |
| Berozsky | Richard | 20 Edward Street | | Enfield | CT | 06082 |
| Buckingham | Karl | 7 Deerfield Circle | | Enfield | CT | 06082 |
| Chouinard | Paul E | 4 Woodlawn Street | | Enfield | CT | 06082 |
| Curtis | Jeanne M. | 240 School Hill Road | | Goshen | CT | 06756 |
| Dube | Daniel | 58 Glenham Street | | Springfield | MA | 01104 |
| Ezold | William | 368 Elm Street | | Enfield | CT | 06082 |
| Fiuk | Janusz | 44 Pond Place | | Middletown | CT | 06457 |
| Gatzen | Robert | 361 Stone Road | | Windsor | CT | 06095 |
| George | Desmond | 68 Goff Road | | Wethersfield | CT | 06109 |
| Gerzon | Boris | 126 Wheelmeadow Dr. | | Longmeadow | MA | 01106 |
| Harris | Steve | 236 Sunrise Terrace | | Springfield | MA | 01119 |
| Heinig | Jeffrey | 51 Kickapoo Road | | Middlefield | CT | 06455 |
| Hixson | Steven | 36 Garden Street | | East Hartford | CT | 06108 |
| Jones | Jill | 27 Garfield Street | | Springfield | MA | 01108 |
| Keefe | Teresa | 45 Daro Drive | | Enfield | CT | 06082 |
| Kohler | James | 17 South View Street | | Enfield | CT | 06082 |
| Krzykowski | Andrew | 53 Rutherford Street | | New Britain | CT | 06051 |
| Krzykowski | Stephen | 195 Hoffman Street | | Torrington | CT | 06790 |
| LaCosse | Todd | 18 Corcoran Blvd. | | Springfield | MA | 01118 |
| Lamothe | Jeffrey | 146 Redland | | East Springfield | MA | 01104 |
| Latham | Jack W. | 166 Bunce Road | | Wethersfield | CT | 06109 |
| Levesque | Clovis | 33 Yale Drive | | Enfield | CT | 06082 |
| Lucas | Gregory | 55 Gardens Drive | | Enfield | CT | 06082 |
| Lukomsky | Serge | 180 Prospect Street | | Westfield | MA | 01085 |
| Lyon | James | 154 South Main St. | | East Granby | CT | 06026 |
| Machaj | Roman | 77 Foxcroft Road | | Springfield | MA | 01119 |
| Madore | Andrew | 220 Monce Road | Unit #16 | Burlington | CT | 06013 |

5

| Martier | Karen | 45 Saw Mill Hill Rd | | Sterling | CT | 06377 |
|---|---|---|---|---|---|---|
| Mastriani | Vincent | PO Box 164 | | Palmer | MA | 01069 |
| McKenzie | Jason | 18 Cottage Grove Cir | | Bloomfield | CT | 06002 |
| Moryl | Rafal | 37 Alison Lane | | Wethersfield | CT | 06109 |
| Nerine | Jeffrey | 110 Willington | Hill Road | Mansfield | CT | 06268 |
| Nguyen | Dat | 86 White Avenue | | West Hartford | CT | 06119 |
| Nolan Jr | John | 35 Donna Street | | Enfield | CT | 06082 |
| Oliva | Luis | 400 North Main St. | #8 | Manchester | CT | 06040 |
| Osowiecki | Donald R | 330 So Stone St | | West Suffield | CT | 06093 |
| Owens | Gary | 346 Garibaldi Avenue | | Stratford | CT | 06615 |
| Parnagian | Michael | 204 Springfield St. | Apt. E | Chicopee | MA | 01013 |
| Patterson | Scott | 35 Burlington Street | Apt. E | Hartford | CT | 06112 |
| Phan | Hai | 261 Newington Road | | West Hartford | CT | 06110 |
| Phan | Ho | 216 Abbotsford Ave. | | West Hartford | CT | 06110 |
| Piziak | Robert | 15 Cooper Circle | | Windsor | CT | 06095 |
| Ramos | Antonio | 25 Mountain View Roa | | Southington | CT | 06489 |
| Richardson | Alan | 76 Pheasant Run  Cir | | Feeding Hills | MA | 01030 |
| Rothwell | David | 375 Osgood Avenue | | New Britain | CT | 06053 |
| Salisbury | William J | 73 Main Street | P. O. Box 403 | Somersville | CT | 06072 |
| Sanders | James | 92 Cinarron Road | | Middletown | CT | 06457 |
| Shabazz | Saad | 1 Woodbridge Court | | Simsbury | CT | 06070 |
| Sobolewski | Stanislaw | 9A Riverview Drive | | East Windsor | CT | 06088 |
| St. Germain | Daniel | 42 Burdette Street | | Springfield | MA | 01108 |
| Strzepek | Edward | 15 Pearl Street Ext | | Enfield | CT | 06082 |
| Taylor | Wayne | 1018 North Worthy St | | Windsor | CT | 06095 |
| Tomasauckas | Todd | 183 Pleasant Street | | Easthampton | MA | 01027 |
| Vo | Tony | 70 Humbert Street | | Springfield | MA | 01109 |
| Vu | Nguyen | 639 Tolland Street | | East Hartford | CT | 06108 |
| Watts | James | 32 East Raymond St. | | Hartford | CT | 06112 |

6