CV-10b (January 10, 2002)

TOTAL TIME: _1_ hours _30_ minutes

DEPUTY CLERK _Billy_    RPTR/ERO/TAPE _Monten_

HONORABLE _Arterton_

DATE _12/22/3_    START TIME _1110_    END TIME _1235_

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Richardson_

CIVIL NO. _303CV891JBA_

§
§    _Renee Rubenani_
§    Plaintiffs Counsel
§
§    ☐ SEE ATTACHED CALENDAR FOR COUNSEL

vs.

_Delta Ind. Inc._

_James S Cangio_
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing          ☐ (confmhrg.) Confirmation Hearing     ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing       ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing ☐ (fairhrg.) Fairness Hearing          ☒ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

**MOTION
DOCUMENT NO.**

☐ ....#.... Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#.... Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#.... Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#.... Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#.... Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#.... Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#.... Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .... ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ .... _____ ☐ filed ☐ docketed
☐ .... _____ ☐ filed ☐ docketed
☐ .... _____ ☐ filed ☐ docketed
☐ .... _____ ☐ filed ☐ docketed
☐ .... _____ ☐ filed ☐ docketed
☐ .... _____ ☐ filed ☐ docketed
☐ .... _____ ☐ filed ☐ docketed
☐ .... _____ ☐ filed ☐ docketed
☐ .... _____ ☐ filed ☐ docketed
☐ ....... Hearing continued until _____ at _____