UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| ALAN RICHARDSON and <br> WILLIAM SALISBURY, on behalf of <br> themselves and on behalf of the other <br> similarly situated former non-union <br> employees of Defendant, <br><br> Plaintiffs, <br><br> v. <br><br> DELTA INDUSTRIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 303 CV 0891(JBA) <br> ) <br> ) <br> ) <br> ) <br> ) |

## FINAL JUDGMENT

A Stipulation of Settlement having been filed in the above-captioned case and approved on October 24, 2003 and no objections having been received, it is hereby

ORDERED, ADJUDGED and DECREED as follows:

1) The Stipulation of Settlement filed on August 27, 2003 and approved on October 24, 2003 is incorporated by reference and judgment is hereby entered accordingly.

2) Each party shall bear its own fees and costs except as provided in the Stipulation of Settlement.

Dated: 22 Dec., 2003

Janet Bond Arterton, U.S.D.J.

497145.1(HSFP)