## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ALAN RICHARDSON and | ) | |
| WILLIAM SALISBURY, on behalf of | ) | |
| themselves and on behalf of the other | ) | |
| similarly situated former non-union | ) | |
| employees of Defendant, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. 303 CV 0891 JBA |
| | ) | |
| v. | ) | |
| | ) | |
| DELTA INDUSTRIES, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF SERVICE OF STIPULATION OF SETTLEMENT

STATE OF NEW YORK      )
                                            ) ss:
COUNTY OF NEW YORK  )

Sina Choi, being duly sworn, deposes and says:

1.     I am not a party to this action, am over 18 years of age and am employed by Lankenau & Miller, LLP, 1775 Broadway, Suite 610, New York, New York 10019.

2.     On 22nd day of January, 2004, I mailed first class mail, postage pre-paid, a true copy of the Stipulation of Settlement to the persons listed on the list annexed hereto as Exhibit "A" addressed to them at the address shown on that list.

3.     A copy of the Stipulation of Settlement is annexed hereto as Exhibit "B".

_____
SINA CHOI

Sworn to before me the
22nd day of January, 2004


_____
Notary Public

GAIL C. LIN
Notary Public, State of New York
No. 02LI6066004
Qualified in New York County
Commission Expires Nov. 5, 2005

200086.1/90666

2

## CERTIFICATE OF SERVICE

I hereby certify that counsel for the opposing party was served this day with a copy of the foregoing by depositing a copy of same in the United States mail in an envelope properly addressed to the following, with adequate postage thereon to ensure proper delivery:

John S. Monical, Esq.
Lawrence Kamin Saunders & Uhlenhop, L.L.C.
208 S. LaSalle, Suite 1750
Chicago, Illinois 60604

This 22nd day of January, 2004

SINA CHOI

200086.1/90666

3

EXHIBIT A

| | | |
|---|---|---|
| George R. Adams<br>22 Sweetbrier Road<br>East Granby, CT 06026 | Angel Agron<br>22 Elliott Street<br>Hartford, CT 06106 | Stephen Bell<br>139 Springdale Road<br>Westfield, MA 01085 |
| John Beltrandi<br>43 Cornell Drive<br>Enfield, CT 06082 | Michael Beninato<br>2 Leonard Road<br>Enfield, CT 06082 | Richard Berozsky<br>20 Edward Street<br>Enfield, CT 06082 |
| Karl Buckingham<br>7 Deerfield Circle<br>Enfield, CT 06082 | Paul E Chouinard<br>4 Woodlawn Street<br>Enfield, CT 06082 | Jeanne M. Curtis<br>240 School Hill Road<br>Goshen, CT 06756 |
| Daniel Dube<br>35 Quartus Street<br>Chicopee, MA 01013 | William Ezold<br>368 Elm Street<br>Enfield, CT 06082 | Janusz Fiuk<br>44 Pond Place<br>Middletown, CT 06457 |
| Robert Gatzen<br>361 Stone Road<br>Windsor, CT 06095 | Desmond George<br>68 Goff Road<br>Wethersfield, CT 06109 | Boris Gerzon<br>126 Wheelmeadow Dr.<br>Longmeadow, MA 01106 |
| Steve D. Harris, Sr.<br>175 Keddy Street<br>Springfield, MA 01109 | Jeffrey Heinig<br>51 Kickapoo Road<br>Middlefield, CT 06455 | Steven Hixson<br>36 Garden Street<br>East Hartford, CT 06108 |
| Jill Jones<br>27 Garfield Street<br>Springfield, MA 01108 | Teresa Keefe<br>45 Daro Drive<br>Enfield, CT 06082 | James Kohler<br>17 South View Street<br>Enfield, CT 06082 |
| Andrew Krzykowski<br>53 Rutherford Street<br>New Britain, CT 06051 | Stephen Krzykowski<br>195 Hoffman Street<br>Torrington, CT 06790 | Todd LaCosse<br>18 Corcoran Blvd.<br>Springfield, MA 01118 |
| Jeffrey Lamothe<br>146 Redland<br>East Springfield, MA 01104 | Jack Latham<br>104 South Las Vegas Trail<br>Fort Worth, TX 76108 | Clovis Levesque<br>33 Yale Drive<br>Enfield, CT 06082 |
| Gregory Lucas<br>55 Gardens Drive<br>Springfield, MA 01109 | Serge Lukomsky<br>180 Prospect Street<br>Westfield, MA 01085 | James Lyon<br>154 South Main St.<br>East Granby, CT 06026 |

Roman Machaj
77 Foxcroft Road
Enfield, CT  06082

Andrew Madore
220 Monce Road, Unit #16
Burlington, CT 06013

Karen Martier
45 Saw Mill Hill Rd
Sterling, CT 06377

Vincent J. Mastriani
6840 Town Harbor Blvd., Apt. 3412
Boca Raton, FL  33433

Jason McKenzie
18 Cottage Grove Cir
Bloomfield, CT 06002

Rafal Moryl
37 Alison Lane
Wethersfield, CT 06109

Jeffrey Nerine
110 Willington Hill Road
Mansfield, CT 06268

Dat Nguyen
86 White Avenue
West Hartford, CT 06119

John Nolan Jr.
35 Donna Street
Enfield, CT 06082

Luis Oliva
400 North Main St., #8
Manchester, CT 06040

Donald R Osowiecki
330 So. Stone St
West Suffield, CT 06093

Gary Owens
140 Shanley Street
Stratford, CT  06615

Michael Parnagian
204 Springfield St., Apt. E
Chicopee, MA 01013

Scott Patterson
35 Burlington Street, Apt. E
Hartford, CT 06112

Hai Phan
261 Newington Road
West Hartford, CT 06110

Ho Phan
216 Abbotsford Ave.
West Hartford, CT 06110

Robert Piziak
15 Cooper Circle
Windsor, CT 06095

Antonio Ramos
25 Mountain View Roa
Southington, CT 06489

Alan Richardson
76 Pheasant Run Circle
Feeding Hills, MA 01030

David Rothwell
375 Osgood Avenue
New Britain, CT 06053

William J Salisbury
73 Main Street, P.O. Box 403
Somersville, CT 06072

James Sanders
92 Cinarron Road
Middletown, CT 06457

Saad Shabazz
1 Woodbridge Court
Simsbury, CT 06070

Stanislaw Sobolewski
9A Riverview Drive
East Windsor, CT 06088

Daniel St. Germain
42 Burdette Street
Springfield, MA 01108

Edward Strzepek
15 Pearl Street Ext
Enfield, CT 06082

Wayne Taylor
1018 North Worthy St
Windsor, CT 06095

*Todd Tomasauckas
23 Picard Circle
Easthampton, MA  01027

Tony Vo
70 Humbert Street
Springfield, MA 01109

Nguyen Vu
639 Tolland Street
East Hartford, CT 06108

James Watts
32 East Raymond St.
Hartford, CT 06112

# EXHIBIT B