UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALAN RICHARDSON and<br>WILLIAM SALISBURY, on behalf of<br>themselves and on behalf of the other<br>similarly situated former<br>employees of Defendant,<br><br>Plaintiffs,<br><br>v.<br><br>DELTA INDUSTRIES, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 303 CV 0891 (JBA)<br><br><br>JANUARY 12, 2004 |

1/30/04: APPROVED after hearing and SO ORDERED. The Clerk is directed to close this case.
Janet Bond Arterton, U.S.D.J.
Dated at New Haven, Connecticut.

## STIPULATION OF SETTLEMENT

This Stipulation of Settlement (the "**Stipulation**"), is entered into between Delta Industries, Inc. ("Delta") and Alan Richardson and William Salisbury (the "Named Claimants") on behalf of themselves and on behalf of the other similarly situated former employees of Delta (together with the Named Claimants, the "**WARN Class Claimants**"), by and through their respective counsel, and provides as follows:

**WHEREAS**, on or about May 20, 2003, the Named Claimants, by their counsel, Livingston, Adler, Pulda, Meiklejohn & Kelly, P.C. and Lankenau & Miller, LLP (collectively, "Claimants' Counsel"), initiated the captioned litigation asserting claims purportedly on behalf of the WARN Class Claimants against Delta for violations of the WARN Act;

**WHEREAS**, the Worker Adjustment and Retraining Notification Act, 29 U.S.C. §§101-2109 (2001) (the "**WARN Act**") requires employers having 100 or more full-time employees to provide written notice of a plant closing or mass layoff if the shut-down or layoff would result in

1