**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

ALAN RICHARDSON
WILLIAM SALISBURY

          V.                            CIVIL NO. 3:03CV891 (JBA)

DELTA INDUSTRIES, INC.

JUDGMENT

This matter came on for consideration on parties stipulation of settlement agreement before the Honorable Janet Bond Arterton, United States District Judge.

On February 3, 2004, the Honorable Janet Bond Arterton, United States District Judge approved the settlement agreement after a hearing on December 22, 2003.

Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered in accordance with the terms and conditions of the settlement agreement.

Dated at New Haven, Connecticut this 3rd day of February, 2004.

                                              KEVIN F. ROWE, CLERK

                                              BY_____
                                                 Betty J. Torday
                                                 Deputy Clerk

EOD_____